UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FLOYD SCOTT,

Plaintiffs,

v.

J. FERNALD, et al.,

Defendants.

Case No. CV 2:24-1960 JVS (RAO)

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint ("SAC"), Dkt. No. 13, Defendants' Motion to Dismiss, Dkt. No. 24, Plaintiff's Opposition, Dkt. Nos. 27-28, Defendants' Reply, Dkt. No. 29, the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report") dated November 14, 2025, Dkt. No. 33, Defendants' Objections to the Interim Report, Dkt. No. 36, Plaintiff's Objections to the Interim Report, Dkt. No. 37, Plaintiff's Addendum to Objections to the Interim Report, Dkt. No. 41, Defendants' Reply to Plaintiff's Objections, Dkt. No. 39, and all other records and files herein.

The Court has made a *de novo* determination of those portions of the Interim Report to which objections have been made. The Court is not persuaded by the

parties' objections and overrules them. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1) Defendants' Motion to Dismiss all claims against Varela, Martinez, Paromo, Spradlin, Johnson, Ulstad, and Williams and all claims other than the deprivation of outdoor exercise claim against Bermudez is GRANTED;

(2) Defendants' Motion to Dismiss claims against Fernald for conduct in 2019 based on timeliness is DENIED without prejudice to raising the argument on summary judgment;

(3) Defendants' Motion to Dismiss as to deprivation of outdoor exercise claim against Bermudez is DENIED. The Court finds that Plaintiff has provided sufficient allegations concerning the denial outdoor exercise and links those to the Eighth Amendment. Within the limited deference which the Court give *pro se* litigants' pleadings, this is sufficient to state a claim even if he has not referenced the incident with other claims for which he seeks specific types of relief.

(4) the matter is referred back to the magistrate judge for further proceedings on the remaining claims.

DATED: October 28, 2026

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE